UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | CR423-042 |
| ) | |
| TAH'RELL ALEXANDER, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defense counsel Ryan D. Langlois requests leave to submit a CJA voucher for work performed thus far in this ongoing matter.[1] *See* doc. 31. Courts may authorize interim payment of CJA counsel where it is "necessary and appropriate in a specific case." 7A Guide to Judiciary Policy, Ch. 2, § 230.73.10.

The Court appointed Mr. Langlois to represent Defendant Tah'rell Alexander on June 15, 2023. Doc. 8. On September 28, 2023, the Court approved a pre-trial diversion agreement and continued all proceedings in this case. *See* doc. 30. Per the pre-trial diversion agreement, this case

---

[1] Mr. Langlois indicates that the Government does not object to the motion. *See* doc. 31 at 1.

will remain open through September 2025.[2] *See* doc. 29-1 at 2 ("[P]rosecution in this district for this offense shall be deferred for the period of twenty-four (24) months from this date[.]"). Mr. Langlois will continue to represent Defendant during that time. *See* United States District Court for the Southern District of Georgia, Instructions for Attorneys Appointed Under CJA, *available at* https://www.gasd.uscourts.gov/sites/gasd/files/CJA-packet-8-2023.pdf ("Representation shall continue through all trial court proceedings and any appeal.").

In light of the expected duration of this case, the Court finds that interim payment is appropriate. The Motion for Interim Payment is therefore **GRANTED**. Doc. 31. Mr. Langlois is **DIRECTED** to submit his CJA voucher claim for the work performed on this case thus far for further consideration by the Court.

**SO ORDERED**, this 15th day of December, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2] The United States retains the right to revoke or modify the agreement if Defendant violates the terms of the agreement or to terminate Defendant's supervision early. Doc. 29-1 at 2.