UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                                                      ) | CR423-042 |
| ) | |
| TAHRELL ALEXANDER                 ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Ryan D. Langlois** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Ryan D. Langlois be granted leave of absence for the following periods: March 7, 2025; and June 21, 2025 through June 28, 2025.

**ORDERED**, this the 25th day of February, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA